[No. 75242-1-I.  Division One.  July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT WILLIAM JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 15-1-00314-1, Michael H. Evans, J., entered July 7, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Cox and Schindler, JJ.

[No. 46790-9-II.  Division Two.  July 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN LEE HARTFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02239-7, Philip K. Sorensen, J., entered October 17, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 46903-1-II.  Division Two.  July 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRYSTAL ROSE COX, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00627-8, Gregory M. Gonzales, J., entered November 10, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Melnick, JJ.

[No. 46952-9-II.  Division Two.  July 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDRA LEE JOHNSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00218-0, Leila Mills, J., entered October 24, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Johanson, JJ.